UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHAD PEREZ, et al**                                         **CIVIL ACTION**

**VERSUS**                                                    **NO. 12-2280-CJB-SS**

**CITY OF NEW ORLEANS**

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that:

1. Defendants' motion for sanctions (Rec. doc. 120) is GRANTED in PART and DENIED in PART as provided herein.

2. The claims asserted by the following plaintiffs are dismissed with prejudice: (1) Bernard Crowden; (2) Carlos Peralta; (3) Nathaniel Phillips; and (4) Jeremy Wilcox.

3. Defendants' motion for sanctions (Rec. doc. 120) is DENIED as to:  (1) Catherine Beckett; (2) Aaron Blackwell; (3) Michael Cochran; (4) Christian Hart; (5) Jacob Lundy; (6) Desmond Pratt; and (7) Jeremy Smith.

New Orleans, Louisiana, this 30th day of March, 2016.

**CARL J. BARBIER**
**U.S. District Judge**